# EXHIBIT "A"

Apr 07 2017 15:21 Anita Typing Service LLC 973-228-2442   page 3
Rx Date/Time   MAR-28-2017(TUE) 14:29
973   SUPERIOR COURT   12:54:57   03-28-2017   1/13



JOHN J. SHEPTOCK, LLC – N.J. Attorney I.D. No. 007611988
2424 Morris Avenue, Suite 302
Union, NJ 07083
(908) 686-9800
Attorney for Plaintiff
File Number: 8788

| | |
|---|---|
| ULVICHE NGAYINO, | SUPERIOR COURT OF NEW JERSEY |
| Plaintiffs, | LAW DIVISION: ESSEX COUNTY |
| vs. | DOCKET NO.: ESX-L-1967-17 |
| WILLIAM PAUL, QUALITY CARRIERS, and JOHN DOE, | CIVIL ACTION |
| Defendants. | COMPLAINT AND JURY DEMAND |

Plaintiff, Ulviche Ngayino, residing at 10 Osbourne Terrace, Apt. 6G, Newark, New Jersey, by way of Complaint against the defendants, asserts the following:

### FIRST COUNT

1. On or about June 25, 2015, plaintiff, Ulviche Ngayino, was the operator a motor vehicle during the scope of his employment with Pegasus Transport Services, which was traveling north on Route 17 in Paramus, New Jersey.

2. At or about the aforesaid time and place, defendant, William Paul, was the operator of a motor vehicle, which was owned by defendant, Quality Carriers, which was traveling north on Route 17 in Paramus, New Jersey.

3. Defendants, William Paul and Quality Carriers, operated, controlled and maintained their vehicle in a careless, reckless and negligent manner, so as to merge into the plaintiff's lane, striking his vehicle, and, defendants, William Paul and Quality Carriers, were in many other diverse and sundry ways, negligent.

4. As a direct and proximate result of the negligence of the defendants, the plaintiff was caused to suffer and sustain great pain of mind and body, was forced to undergo much medical treatment, did sustain a permanent injury that has not healed and will not heal to function normally, did sustain a loss of time, livelihood and ability to carry out his normal duties and activities for a long period of time and he will endure the same in the future.

WHEREFORE, plaintiff, Ulviche Ngayino, hereby demands judgment against the defendants, William Paul and Quality Carriers, for compensatory damages, attorney's fees, interest, and costs of suit.

## SECOND COUNT- (JOHN DOE)

1. Plaintiff repeats and reiterates each and every allegation contained in the First Count, as if set forth more fully at length herein.

2. Defendant, John Doe, upon information and belief is the owner and/or operator and/or individual who in some way contributed to the happening of the aforesaid accident and the defendant, John Doe, was in many other diverse and sundry ways, negligent.

3. As a direct and proximate result of the negligence of the defendant, John Doe, the plaintiff was caused to suffer and sustain great pain of mind and body, was forced to undergo much medical treatment, did sustain a permanent injury that has not healed and will not heal to function normally, did sustain a loss of time, livelihood and ability to carry out his normal duties and activities for a long period of time and he will endure the same in the future.

WHEREFORE, plaintiff, Ulviche Ngayino, hereby demands judgment against the defendant, John Doe, for compensatory damages, attorney's fees, interest, costs of suit.

Dated: March 13, 2017

JOHN J. SHEPTOCK
Attorney for Plaintiff

## JURY DEMAND

Plaintiff hereby demands trial by jury.

Dated: March 13, 2017

_____
JOHN J. SHEPTOCK
Attorney for Plaintiff

## CERTIFICATION REQUIRED BY RULE 4:5-1

The undersigned hereby certifies upon information and belief that the matter in controversy is not subject to any other action pending in any court or arbitration proceeding. There is no other action or arbitration proceeding contemplated and there are no other parties who should be joined in this action.

Dated: March 13, 2017

_____
JOHN J. SHEPTOCK
Attorney for Plaintiff

JOHN J. SHEPTOCK, L L C
2424 Morris Avenue, Suite 302
Union, New Jersey 07083
(908) 686-9800

Attorney for Plaintiff

| ULVICHE NGAYINO, | : | SUPERIOR COURT OF NEW JERSEY |
| --- | --- | --- |
| Plaintiffs, | : | LAW DIVISION – ESSEX COUNTY |
| vs. | : | DOCKET NO. ESX-L-1969-17 |
| | : | CIVIL ACTION |
| WILLIAM PAUL, QUALITY CARRIERS, and JOHN DOE, | : | |
| Defendants. | : | **SUMMONS** |

From The State of New Jersey to the Defendant(s) Named Above:

**WILLIAM PAUL**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judicimy.state.nj.us/prosell0153 deptyclerklawref.pdf.

DATED: April 7, 2017

/s/ Michelle M. Smith
MICHELLE M. SMITH
Clerk of the Superior Court

Name of Defendant to Be Served:           WILLIAM PAUL
Address of Defendant to Be Served:       1427 Boardman Street
                                          Sheffield, MA 01257

JOHN J. SHEPTOCK, L L C
2424 Morris Avenue, Suite 302
Union, New Jersey 07083
(908) 686-9800

Attorney for Plaintiff

| ULVICHE NGAYINO, | : | SUPERIOR COURT OF NEW JERSEY |
| | : | LAW DIVISION – ESSEX COUNTY |
| Plaintiffs, | : | DOCKET NO. ESX-L-1969-17 |
| vs. | : | CIVIL ACTION |
| WILLIAM PAUL, QUALITY CARRIERS, and JOHN DOE, | : | |
| | : | **SUMMONS** |
| Defendants. | : | |

From The State of New Jersey to the Defendant(s) Named Above:

### QUALITY CARRIERS

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judicimy.state.nj.us/prose110153 deptyclerklawref.pdf.

DATED:  April 7, 2017

/s/ Michelle M. Smith
MICHELLE M. SMITH
Clerk of the Superior Court

Name of Defendant to Be Served:          QUALITY CARRIERS
Address of Defendant to Be Served:       4041 Park Oakes Blvd., Suite 200
                                         Tampa, FL 33610

Apr 07 2017 15:21 Anita Typing Service LLC 973-228-2442     page 1

# JOHN J. SHEPTOCK, LLC
## ATTORNEY AT LAW

JOHN J. SHEPTOCK, ESQ.                                                          BRITTNEY L. GRIEVES, ESQ.

2424 Morris Avenue - Suite 302                                                  Phone: 908-686-9800
Union, N.J. 07083                                                               Fax: 908-686-8866
                                                                                E-mail: atty@mr-john.com

April 7, 2017

<u>VIA FACSIMILE: 866-689-8972</u>

Mr. Jose Salcedo
Zurich
P.O. Box 968072
Schaumburg, IL 60196

      RE:    Ulviche Ngayino
              Claim No.: 4720100860
              Date of Accident: 06/25/15
              Our File No.: 8788

Dear Mr. Salcedo:

Please find enclosed the following documentation:

1. Filed Complaint
2. Summons for William Paul
3. Summons for Quality Carriers

Once I am in receipt of the Proof of Service, I shall forward a copy to you.

Thank you.

Very truly yours,

John J. Sheptock /alb

**JOHN J. SHEPTOCK**

/alb

Enclosure

```
ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK              NJ 07102

COURT TELEPHONE NO. (973) 776-9300
COURT HOURS 8:30 AM - 4:30 PM
```

                              TRACK ASSIGNMENT NOTICE

                    DATE:   MARCH 20, 2017
                    RE:     NGAYINO VS PAUL
                    DOCKET: ESX L-001969 17

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS 300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON GARRY J. FURNARI

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    002
AT: (973) 776-9300.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

                              ATTENTION:

                                        ULVICHE NGAYINO

                                                   00000

JUMJB3

File No. 201760

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ULVICHE NGAYINO, | : |
| Plaintiffs, | : Civil Action No. |
| vs. | : |
| WILLIAM PAUL, QUALITY CARRIERS; and JOHN DOE | : |
| Defendants. | : |

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1

Defendant, Quality Carriers, Inc. is not a publicly held company and does not have publicly held parents or subsidiaries.

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: _____
Jeffrey A. Segal, Esquire
Salmon, Ricchezza, Singer & Turchi, LLP
123 Egg Harbor Road, Suite 406
Sewell, NJ 080808
Attorneys for Defendant, Quality Carriers, Inc.

Date:

{J0292590.DOCX}