File No. 201760

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ULVICHE NGAYINO, | : | |
| Plaintiffs, | : | Civil Action No. 2:17-cv-02736-KM-MAH |
| vs. | : | |
| WILLIAM PAUL, QUALITY CARRIERS; and JOHN DOE | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

JOHN J. SHEPTOCK, ESQUIRE

By: _____
John J. Sheptock, Esquire
Attorney for Plaintiff
Ulviche Ngayino

Date: 5/17/17

SALMON RICCHEZZA SINGER & TURCHI, LLP

By: _____
Jeffrey A. Segal, Esquire
Attorneys for Defendant
Quality Carriers, Inc. (improperly pled as Quality Carriers)

Date: 5-30-17

SO ORDERED:

_____
JUDGE KEVIN MCNULTY, U.S.D.J.

{J0299644.DOCX}